IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ‖ | |
| Plaintiff, | ‖ | No. 16-CR-91-LRR |
| vs. | ‖ | |
| ANTONIO ALONZO OUTLAW, | ‖ | **ORDER** |
| Defendant. | ‖ | |

_____

This matter comes before the court on its own motion. On July 31, 2018, the court issued an Arrest Warrant (docket no. 167-1) for Paris Lawrence as a material witness in the above-entitled matter, pursuant to 18 U.S.C. § 3144. *See* July 31, 2018 Order (docket no. 167). On August 20, 2018, Lawrence was arrested in the Northern District of Illinois, pursuant to the Arrest Warrant. *See* August 28, 2018 Order (docket no. 171) at 1-2. On August 28, 2018, the court ordered that Lawrence "be detained by the United States Marshal until he provides testimony in this matter." *Id*. at 5. On September 4, 2018, Lawrence gave the required testimony. Therefore, the United States Marshal is **DIRECTED** to release Lawrence forthwith.

**IT IS SO ORDERED.**

**DATED** this 4th day of September, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA